# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Chang, Edmond E. | **2. Court or Organization**<br><br>U.S. District Court for the Northern District of Illinois | **3. Date of Report**<br><br>05/15/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge -- Active Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chang, Edmond E. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Northwestern University School of Law -- teaching (class taught in Fall 2011, but compensation not paid until April 2012) | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U. of Pennsylvania Law School, Asian-Pacific American Law Students Association | Jan. 29 - 30, 2011 | Philadelphia, Pennsylvania | Annual Conference (speaker) | Transportation, meals, hotel |
| 2. | Missouri Asian-American Bar Association | Aug. 20 - 21, 2011 | Clayton, Missouri | Regional Conference (speaker) | Meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chang, Edmond E. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Motorola Mobility common stock (formerly Motorola) (X) | A | Dividend | J | T | | | | | |
| 2. Motorola Solutions common stock (formerly Motorola) (X) | A | Dividend | J | T | | | | | |
| 3. Microsoft common stock | A | Dividend | J | T | | | | | |
| 4. Hasbro common stock | | None | J | T | | | | | |
| 5. E-Trade bank account 1 | A | Interest | K | T | | | | | |
| 6. E-Trade bank account 2 | A | Interest | K | T | | | | | |
| 7. Vanguard S&P Index Fund (mutual fund as sole asset of IRA) | A | Dividend | K | T | | | | | |
| 8. Vanguard Windsor II Fund | A | Dividend | K | T | | | | | |
| 9. Janus Twenty Fund | A | Dividend | J | T | | | | | |
| 10. American Century Ultra Fund | | None | J | T | | | | | |
| 11. Oak Associates White Oak Fund | | None | J | T | | | | | |
| 12. T. Rowe Price Science & Tech Fund | | None | J | T | | | | | |
| 13. Janus Perkins MidCap Value Fund | A | Dividend | J | T | | | | | |
| 14. Motorola 401(k) | | | | | | | | | |
| 15. --Motorola Balanced Fund I | | None | K | T | | | | | |
| 16. --Motorola Large Company Equity Fund | | None | M | T | | | | | |
| 17. --Motorola Solutions Stock Fund (former Motorola Stock Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chang, Edmond E. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Motorola Mobility Stock Fund (former Motorola Stock Fund) | B | Dividend | J | T | | | | | |
| 19. Sidley Austin 401(k) (Y) | | | | | | | | | |
| 20. --Harbor Capital Appreciation Fund (Y) | | None | | | | | | | |
| 21. Bright Start Savings Plan 1 (529 college) (no control) | | None | K | T | | | | | |
| 22. Bright Start Savings Plan 2 (529 college) (no control) | | None | J | T | | | | | |
| 23. Chase bank account | A | Interest | K | T | | | | | |
| 24. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chang, Edmond E. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III.A.1 (Non-investment income) I taught a class at Northwestern University School of Law in Fall 2011, but did not realize until April 2012 that compensation had not been direct deposited. The School stated that the I-9 form was not on file, and after that was corrected, compensation was paid in April 2012.

VII.1 and VII.2 (Investments) In January 2011, Motorola split into two separate companies, Motorola Mobility and Motorola Solutions, thus accounting for the 2 new entries and the removal of the prior entry for Motorola common stock.

VII.17 and VII.18 (Investments) In January 2011, Motorola split into two separate companies, Motorola Mobility and Motorola Solutions. Within the Motorola 401(k), the Motorola Stock Fund also separated into corresponding storck funds, thus accounting for the 2 new entries and the removal of the prior entry for Motorola Stock Fund.

VII.19 and VII.20 (Investments) On February 5, 2010 (not 2011), I rolled over the entirety of the Sidley Austin 401(k) (which was invested in Harbor Capital Appreciation Fund) into the Vanguard S&P Index Fund, which is held as the sole asset of a personal IRA that I had already held and is reported as entry VII.7.

| Name of Person Reporting | Date of Report |
|---|---|
| Chang, Edmond E. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edmond E. Chang**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544